IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR CARRASQUILLO,

    Plaintiff,                    No. CIV S-06-0851 DFL GGH P

    vs.

MONTE PENNER, et al.,

    Defendants.              ORDER

_____/

        Plaintiff[1] is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed October 5, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants M. Penner and R.

---

[1] The Clerk of the Court will be directed to correct the spelling of plaintiff's last name in the docket of this case.

1

1  Marquard.

2      2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one

3  summons, an instruction sheet and a copy of the amended complaint filed October 20, 2006.

4      3. Within thirty days from the date of this order, plaintiff shall complete the

5  attached Notice of Submission of Documents and submit the following documents to the court:

6      a. The completed Notice of Submission of Documents;

7      b. One completed summons;

8      c. One completed USM-285 form for each defendant listed in number 1

9  above; and

10     d. Three copies of the endorsed amended complaint filed October 20,

11 2006.

12     4. Plaintiff need not attempt service on defendants and need not request waiver of

13 service. Upon receipt of the above-described documents, the court will direct the United States

14 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15 without payment of costs.

16     5. The Clerk of the Court is directed to correct the spelling of plaintiff's last name

17 in the court's docket of this case to "Carrasquillo."

18 DATED: 10/30/06

19     /s/ Gregory G. Hollows

20     GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

21 GGH:009
carr0851.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR CARRASQUILLO,

       Plaintiff,                    No. CIV S-06-0851 DFL GGH P

   vs.

MONTE PENNER, et al.,

       Defendants.          <u>NOTICE OF SUBMISSION</u>

_____/   <u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __2__    completed USM-285 forms

      __3__    copies of the October 20, 2006 Amended Complaint

DATED:

_____
Plaintiff