Longyear, O'Dea & Lavra, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendant MONTE PENNER, M.D.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CARRASQUILLO, ) | CASE NO. 2:06-CV-00851 RRB GGH P |
| ) | |
| Plaintiff, ) | **ORDER REGARDING EX PARTE APPLICATION FOR MODIFICATION OF SCHEDULING ORDER DATED JULY 25, 2007** |
| ) | |
| vs. ) | |
| ) | |
| MONTE PENNER; OLSEN; ROSE; R. MARQUARD; JESSICA; DEMARCO; WILLIAMS; ROSS; ALLEN AND U.C. DAVIS, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that Defendant MONTE PENNER, M.D.'s Ex Parte Application For Modification of the Scheduling Order filed on July 26, 2007 and request for an additional sixty (60) days from the date of this Order to file and serve a motion for summary judgment is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 02/13/08            /s/ Gregory G. Hollows
                           U.S. Magistrate Judge

carr0851.po